IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TRAVIS LEROY BALL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| V. : | |
| : | NO. 5:22-cv-00444-MTT-CHW |
| **SHERIFF GARY LONG,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Plaintiff Travis Leroy Ball, a federal prisoner being held in the Jones County Law Enforcement Center in Gray, Georgia, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  Compl., ECF No. 1.  Plaintiff also filed a motion for leave to proceed in this action *in forma pauperis*.  Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Because he had not done so, Plaintiff was ordered to file a certified account statement that included a printout of his account transactions for the six months preceding the filing of the complaint.  Order, ECF No. 4.  The order to file the account statement was subsequently returned to this Court as undeliverable.  Mail Returned, ECF No. 5.

Plaintiff has filed a notice of change of address in another pending case, *Ball v. Allen*, Case No. 5:23-cv-00046-MTT-CHW, indicating that he has been transferred to the Upson County Jail in Thomaston, Georgia.  Plaintiff is cautioned that it is his responsibility to keep the Court apprised of his current address in each of his pending cases. Thus, any future notice of change of address should include the case numbers for all of

Plaintiff's pending cases in order to keep the records in his cases up to date.

Despite Plaintiff's failure to update the Court as to his current address, because it appears that Plaintiff did not receive the prior order, he will now be given an opportunity to file his account statement. To that end, the **CLERK** is **DIRECTED** to update Plaintiff's address in this case to the Upson County Jail consistent with the notice of change of address Plaintiff filed in *Ball v. Allen*, Case No. 5:23-cv-00046-MTT-CHW. Additionally, the **CLERK** is **DIRECTED** to forward the previous order (ECF No. 4), an account certification form, and Plaintiff's service copy of this order (with the civil action number showing on all) to Plaintiff at the Upson County Jail. There shall be no service in this case pending further order of the Court.

**SO DIRECTED**, this 9th day of March, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge