IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TRAVIS LEROY BALL,** | : |
| **Plaintiff,** | : |
| VS. | : NO. 5:22-CV-444-MTT-CHW |
| **Sheriff GARY LONG,** | : |
| **Defendants.** | : |

## ORDER

Plaintiff Travis Leroy Ball, a prisoner who is now confined in the Coffee Correctional Facility in Nicholls, Georgia, filed a 42 U.S.C. § 1983 action.[1] ECF No. 1. He moved to proceed *in forma pauperis* but failed to include a certified copy of his trust fund account statement. ECF No. 2. On February 10, 2023, the Court ordered Plaintiff to provide a certified copy of his trust fund account statement, which should include a copy of his transactions for the past six months. ECF No. 4.

Plaintiff responded but failed to follow the Court's instructions. ECF No. 8. Instead of providing a certified copy of his trust fund account statement that included a printout showing transactions for the preceding six months, he filed what appears to be a receipt from "TurnKey Corrections." ECF No. 8. Plaintiff stated this document shows a "$0.00

---

[1] Plaintiff has failed to timely keep the Court informed of address changes. ECF Nos. 5; 12. In his latest correspondence he states that he is confined in the Georgia Diagnostic and Classification Prison. ECF No. 13. A check of the Georgia Department of Corrections website, however, shows he is incarcerated in the Coffee Correctional Facility in Nicholls, Georgia. https://gdc.ga.gov/GDC/Offender/Query (last checked May 17, 2023). The Court is, therefore, mailing this order to the Coffee Correctional Facility. The Clerk of Court is **DIRECTED** to update Plaintiff's address to reflect the Coffee Correctional Facility.

balance in [his] inmate trust account in the Upson County Sheriff's Office." ECF No. 8 at 1.  It did not.

The Court, therefore, ordered Plaintiff to show cause why his case should not be dismissed for failure to follow the Court's instructions in the February 10, 2023 Order.  ECF No. 9.  Plaintiff did not respond to the Order to Show cause and the Court, therefore, dismissed this action for Plaintiff's failure to follow the Court's Orders.  ECF No. 10.

Following dismissal of this action, the Order to Show Cause was returned to the Court as undeliverable, ECF No. 12, and Plaintiff notified the Court that he has been transferred to the Georgia Diagnostic and Classification Prison, ECF No. 13.  It appears he has now been transferred to the Coffee Correctional Facility in Nicholls, Georgia.  *See* https://gdc.ga.gov/GDC/Offender/Query (last checked May 17, 2023).

Because Plaintiff did not receive a copy of the Order to Show Cause, the Court **VACATES** the April 24, 2023 Order of dismissal, ECF No. 10, and will allow Plaintiff **ONE FINAL** opportunity to submit a certified copy of his trust fund account statement.

The Clerk of Court is **DIRECTED** to forward a copy of the April 3, 2023 Order to Show Cause, ECF No. 9, to Plaintiff's current place of incarceration—Coffee Correctional Facility.  Plaintiff has **FOURTEEN (14) DAYS** from the date shown below on this Order to provide the information requested in the Order to Show Cause.  Should Plaintiff fail to do so, his action will be dismissed immediately.  Should Plaintiff fail to **TIMELY** inform the Court of any address change, his action will be dismissed.

**SO ORDERED**, this 18th day of May, 2023.

S/ Marc T. Treadwell
_____

MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT