IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS LEROY BALL, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-444-MTT-CHW |
| | * |
| Sheriff GARY LONG, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 27th day of June, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk